CAMERON W. FOX (SB# 218116)
cameronfox@paulhastings.com
JESSICA MENDELSON (SB# 280388)
jessicamendelson@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, California 90071-2228
Telephone: 1(213) 683-6000
Facsimile: 1(213) 627-0705

Attorneys for Defendant
UNIVERSITY OF SOUTHERN CALIFORNIA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COURTNEY WHITTIER, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>UNIVERSITY OF SOUTHERN CALIFORNIA, a California corporation; and DOES 1-20, inclusive,<br><br>Defendant. | CASE NO. 2:20-cv-09539 DSF (RAOx)<br><br>**DECLARATION OF JESSICA MENDELSON IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO EXTEND THE DISCOVERY CUT-OFF DATE**<br><br>*[Filed concurrently with Memorandum of Points and Authorities in Support of Opposition to Plaintiff's Motion to Extend the Discovery Cut-Off Date]*<br><br>Date: May 23, 2022<br>Time: 1:30 p.m.<br>Dept.: 7D<br>Judge: Hon. Dale S. Fischer<br><br>Complaint Filed: October 16, 2020<br>Trial Date: January 17, 2023 |

# DECLARATION OF JESSICA MENDELSON

I, Jessica Mendelson, declare as follows:

1. I am an attorney at law duly licensed to practice before the United States District Court for the Central District of California and courts in the State of California. I am an associate at the law firm of Paul Hastings LLP, which is counsel of record for Defendant University of Southern California ("USC") in this action. I have personal knowledge of the facts set forth in this declaration, and could and would competently testify to them, if called to do so. I submit this Declaration in Support of USC's Opposition to Plaintiff's Motion to Extend the Discovery Cut-off Date.

2. Attached hereto as **Exhibit A** is a true and correct copy of USC's January 15, 2021 Notice of Deposition of Plaintiff Courtney Whittier and Request for Production of Documents.

3. Attached hereto as **Exhibit B** is a true and correct copy of a February 9 – 11, 2021 email exchange between myself and Ms. Whittier's counsel.

4. Attached hereto as **Exhibit C** is a true and correct copy of USC's February 12, 2021 Amended Notice of Deposition of Plaintiff Courtney Whittier and Request for Production of Documents.

5. Cameron Fox, USC's lead counsel, contacted Ms. Whittier's counsel in May 2021, once Ms. Whittier's deposition transcript was final, to express concern that the case should be dismissed in light of Ms. Whittier's testimony. The parties subsequently had a call to discuss the matter. Ms. Whittier declined to dismiss her case.

6. On September 23, 2021, after the case had been pending for 11 months, USC's counsel sent a letter to Ms. Whittier's counsel. Attached hereto as **Exhibit D** is a true and correct copy of the letter USC sent to Ms. Whittier's

-2-

MENDELSON DECLARATION ISO USC'S OPPOSITION TO PLAINTIFF'S MOTION TO EXTEND THE DISCOVERY CUT-OFF DATE
U.S.D.C., Cal. C.D., No. 2:20-CV-09539 DSF (RAOX)

counsel asking that Ms. Whittier dismiss the litigation and stating that the claims in the matter were frivolous. Ms. Whittier's counsel did not respond.

7. On February 17, 2022 USC sent another letter to Ms. Whittier's counsel. Attached hereto as **Exhibit E** is a true and correct copy of the follow-up letter USC sent to Ms. Whittier's counsel asking that Ms. Whittier dismiss the litigation and stating that the claims in the matter were frivolous.

8. On March 2, 2022, USC sent a letter to Ms. Whittier's counsel enclosing a Rule 11 Motion and supporting documents. Attached hereto as **Exhibit F** is a true and correct copy of this letter.

9. USC responded to Plaintiff's initial document requests on March 17, 2021 after the Parties agreed to a reciprocal two-week extensions. Attached hereto as **Exhibit G** is a true and correct copy of USC's March 17, 2021 Objections and Responses to Plaintiff's Request for Production, Set One.

10. Ms. Whittier's counsel did not serve any discovery after July 2021, and did not notice depositions until April 2022.

11. USC responded to Ms. Whittier's second set of document requests on September 20, 2021. Attached hereto as **Exhibit H** is a true and correct copy of USC's September 20, 2021 Objections and Responses to Plaintiff's Request for Production, Set Two.

12. Ms. Whittier's counsel agreed to a six-week extension to respond to discovery. Attached hereto as **Exhibit I** is a true and correct of an email exchange regarding this extension.

13. USC supplemented its September 2021 Objections and Responses on October 20, 2021. Attached hereto as **Exhibit J** is a true and correct copy of USC's October 20, 2021 Supplemental Objections and Responses to Plaintiff's Interrogatories, Set One.

14. Ms. Whittier's counsel first asked to meet and confer over USC's responses to both her first and second set of discovery requests on November 24,

-3-

MENDELSON DECLARATION ISO USC'S OPPOSITION TO PLAINTIFF'S MOTION TO EXTEND THE DISCOVERY CUT-OFF DATE
U.S.D.C., Cal. C.D., No. 2:20-CV-09539 DSF (RAOX)

2021, the night before Thanksgiving. Attached hereto as **Exhibit K** is a true and correct copy of an email exchange between myself and Ms. Whittier's counsel regarding the meet and confer.

15. USC served its supplemental responses and production, consisting of 652 pages, on February 16, 2022, bringing its total production to 1,840 pages of documents. Attached hereto as **Exhibit L** is a true and correct copy of an email transmitting the supplemental production. Attached hereto as **Exhibits M, N, and O** are true and correct copies of USC's supplemental discovery responses.

16. The parties met on December 13, 2021, and again over email in January and February, 2022 in an attempt to reach agreement. USC made a number of proposals as to how to narrow these requests to reach a mutually beneficial outcome. On February 7, 2022, USC agreed to supplement its response and its production. Attached hereto as **Exhibit P** is a true and correct copy of an email exchange between myself and Ms. Whittier's counsel.

17. Ms. Whittier's counsel claimed, on February 22, 2022, for the first time, that both of USC's productions were made in an improper format. Attached hereto as **Exhibit Q** is a true and correct copy of an email exchange between myself and Ms. Whittier's counsel regarding the format of USC's productions.

18. USC disagrees with Ms. Whittier's counsel's contention that its original productions were improperly formatted. Nonetheless, USC's counsel reproduced the documents in Ms. Whittier's requested format on February 28, 2022. Attached hereto as **Exhibit R** is a true and correct copy of the transmittal email which attached the supplemental production in Ms. Whittier's counsel's requested format.

19. The parties exchanged emails regarding an Informal Discovery Conference with Magistrate Judge Rozella A. Oliver on February 9 and 10, 2022. Ms. Whittier's counsel stated that he would reach out to Judge Oliver regarding scheduling the IDC. Ms. Whittier's counsel never "circled back" regarding the

-4-

MENDELSON DECLARATION ISO USC'S
OPPOSITION TO PLAINTIFF'S MOTION TO
EXTEND THE DISCOVERY CUT-OFF DATE
U.S.D.C., Cal. C.D., No. 2:20-CV-09539 DSF (RAOX)

scheduling, which USC understood to mean Ms. Whittier was satisfied with its supplemental production. Attached hereto as **Exhibit S** is a true and correct copy of an email exchange between myself and Ms. Whittier's counsel regarding the IDC.

20. On April 15, 2022, Ms. Whittier's counsel asked for an Informal Discovery Conference in late April 2022. Attached hereto as **Exhibit T** is a true and correct copy of an email exchange between myself and Ms. Whittier's counsel regarding the IDC.

21. On March 7, 2022, the parties' counsel exchanged emails regarding USC's Rule 11 Motion. Attached hereto as **Exhibit U** is a true and correct copy of the March 7, 2022 email exchange between myself and Ms. Whittier's counsel.

22. On March 10, 2022, Ms. Whittier's counsel, Ms. Chelsea Mutual, asked that USC agree to move the discovery cut-off by two months due to Mr. Zalkin's family health issue. After USC learned the extent of Mr. Zalkin's family health issue, USC offered to agree to a four-week stay. USC also noted that it planned to file its summary judgment motion promptly after the stay lifted. Ms. Whittier's counsel agreed to the proposed stay. Attached hereto as **Exhibit V** is a true and correct copy of an email exchange between myself and Ms. Whittier's counsel regarding the four-week stay.

23. When USC offered to agree to a four-week stay, it attached a schedule of proposed dates, including a summary judgment briefing schedule. Attached hereto as **Exhibit W** is a true and correct copy of a March 16, 2022 email and attachment from Ms. Fox to Ms. Whittier's counsel. USC ultimately waited an additional week to file for summary judgment to provide Mr. Zalkin with more time between the lifting of the stay and the meet and confer process. The meet and confer call was held on April 18, 2022 and USC filed its motion on April 25, 2022.

-5-

MENDELSON DECLARATION ISO USC'S OPPOSITION TO PLAINTIFF'S MOTION TO EXTEND THE DISCOVERY CUT-OFF DATE
U.S.D.C., Cal. C.D., No. 2:20-CV-09539 DSF (RAOX)

24. On April 18, and April 25, 2022, Ms. Whittier served deposition notices. True and correct copies of these notices are attached as **Exhibits X, Y, Z, AA, and BB**.

25. On April 30, 2022, the day after the deadline for expert witness disclosures, Ms. Whittier's counsel served her expert disclosure. A true and correct copy of the transmittal email is attached as **Exhibit CC**.

26. On April 27, 2022 USC served its Objections and Responses to Ms. Whittier's Notices of Depositions. True and correct copies of these Objections and Responses are attached as **Exhibits DD, EE, FF, GG, and HH**.

27. Discovery is currently set to close on May 16, 2022. Ms. Whittier did not serve any final written discovery. Ms. Whittier's Motion to Extend the Discovery Cut-Off Date will not be heard until May 23, 2022, after discovery is closed.

28. In its February 2022 production, USC produced *12* redacted documents. The redactions were needed to protect information about other individuals who are unrelated to this case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 2, 2022, at San Francisco, California.

*Jessica Mendelson*
_____
Jessica Mendelson

-6-

MENDELSON DECLARATION ISO USC'S OPPOSITION TO PLAINTIFF'S MOTION TO EXTEND THE DISCOVERY CUT-OFF DATE
U.S.D.C., Cal. C.D., No. 2:20-CV-09539 DSF (RAOX)