# EXHIBIT 8

**Filed under Seal**

Summary Administrative Review ("SAR")