**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Courtney Whittier, Individually,<br><br>        Plaintiff,<br><br>  vs.<br><br>The University of Southern California,<br><br>        Defendant. | Case No.: 2:20-cv-09539-DSF-RAO<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS PLAINTIFF'S COMPLAINT [51]**<br><br>Dept.: 7D<br>Judge: Hon. Dale S. Fischer<br>Complaint Filed: October 16, 2020<br>Trial Date: January 17, 2023 |

1
2      Pursuant to the Joint Stipulation for Voluntary Dismissal of Plaintiff's
3   Complaint with Prejudice by the parties, Plaintiff's Complaint and all Claims are
4   dismissed with prejudice.
5
6      IT IS SO ORDERED.
7
8   Dated: May 13, 2022                    /s/ Dale S. Fischer
                                           Hon. Dale S. Fischer
9                                          United States District Judge